157 A.3d 858

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ODELL M. ROY (A/K/A ROY ODELL, ODELL ROY,
RAY ODELL), DEFENDANT–PETITIONER.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003246–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 858

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. ORNETTE M. TERRY (A/K/A KEITH TERRY, KEITH M. TERRY, ORHETTE TERRY, AND RASHEIA TERRY), DEFENDANT–RESPONDENT.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004453–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.